UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 8:22-cr-40-WFJ-SPF

NELSON SAMUEL REYES QUINONEZ,
WILSER MARQUINEZ ARAUJO, and
LUIS CARLOS QUINONES ARROYO

## JOINT STATUS REPORT – April 2022

The United States of America, having conferred with counsels for the defendants, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report.

1. **Brief summary of the case's status:**

The defendants were charged in a two-count indictment. Count One charges a conspiracy to possess with intent to distribute more than five kilograms of cocaine on a vessel subject to the jurisdiction of the United States. Count Two charges a conspiracy to import more than five kilograms of cocaine into the United States.

Discovery has been provided in this case. The laboratory report will be provided upon receipt.

This is the first status report in this case.

2. **Possibility of a plea agreement as to each defendant:**

To date, no defense counsel has requested a plea agreement in this case, but the United States intends to prepare and provide plea agreements within the week.

3. **Number of days required for trial, for government's case-in-chief:**

It is estimated the United States will require three days to present its case-in-chief. Transport of witnesses from the United States Coast Guard will take several weeks to arrange and it is therefore requested that a date certain be set for any trial in the matter.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

As of this writing, there are no motions pending.

5. **Potential speedy trial problems:**

There is no speedy trial problem in this case.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Lauren Stoia*
Lauren Stoia
Assistant United States Attorney
United States Attorney No. 201
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lauren.Stoia@usdoj.gov

U.S. v. Reyes Quinonez, et al.            Case No. 8:22-cr-40-WFJ-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the Defense Counsel of Record.

                                       */s/ Lauren Stoia*
                                       Lauren Stoia
                                       Assistant United States Attorney
                                       United States Attorney No. 201
                                       400 N. Tampa St., Ste. 3200
                                       Tampa, FL 33602-4798
                                       Telephone: (813) 274-6000
                                       Facsimile: (813) 274-6358
                                       E-mail: Lauren.Stoia@usdoj.gov